1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant JORGE LUIS CORTES-SOTO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,        )   No. CR 11-00754 DLJ
                                      )
12 |        Plaintiff,                )   STIPULATION AND []
                                      )   ORDER CONTINUING HEARING DATE
13 | vs.                              )
                                      )
14 | JORGE LUIS CORTES-SOTO,          )
                                      )
15 |        Defendant.                )
   |_____    )
16

17                              **STIPULATION**

18       Defendant Jorge Luis Cortes-Soto, by and through Assistant Federal Public Defender

19  Heather R. Rogers, and the United States, by and through Special Assistant United States

20  Attorney Carolyn Sanin, hereby stipulate that, with the Court's approval, the status hearing

21  currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be

22  continued to February 23, 2012, at 9:00 a.m.

23       The reason for the requested continuance is that defense counsel was recently assigned to

24  the case and requires additional time to discuss potential settlements with Ms. Sanin and consult

25  with Mr. Cortes-Soto. The parties therefore respectfully request a continuance to February 23,

26  2012, at 9:00 a.m.

The parties agree that the time between February 2, 2012, and February 23, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 1, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated:   February 1, 2012

_____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 2, 2012, and February 23, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 2, 2012, and February 23, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 2, 2012, and February 23, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

1   IT IS SO ORDERED.

2   Dated: GEFEFG

_____
HON. D. LOWELL JENSEN
3   United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26