1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5596
       Facsimile: (408) 535-5066
7      carolyne.sanin@usdoj.gov

8  Attorneys for the United States

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No.    11-CR-754 DLJ
14                                     )
          Plaintiff,                   )   STIPULATION AND [~~PROPOSED~~]
15                                     )   ORDER CONTINUING HEARING TO
       v.                              )   APRIL 26, 2012
16                                     )
   JORGE LUIS CORTES-SOTO,             )
17                                     )
          Defendant.                   )
18                                     )
                                       )
19

20     The Parties, acting through respective counsel, hereby stipulate, subject to the Court's

21 approval, that the hearing currently set for March 29, 2012 at 9 a.m. be vacated, and that the

22 hearing be re-set for April 26, 2012 at 9 a.m.  The parties are requesting the continuance of the

23 hearing due to the need for additional time for effective preparation, the need to jointly negotiate

24 a resolution in this matter, and for the continuity of counsel, given that government counsel will

25 not be available on March 29, 2012.

26     The parties stipulate that the time between March 29, 2012 and April 26, 2012, is excluded

27 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

28 continuance would unreasonably deny defense counsel reasonable time necessary for effective

   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

                                              1

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2012   MELINDA HAAG
United States Attorney

___/s/_____
CAROLYNE A. SANIN
Special Assistant United States Attorney


___/s/_____
HEATHER ROGERS
Attorney for Defendant

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for March 29, 2012 at 9 a.m., shall be continued to April 26, 2012, at 9 a.m.

THE COURT FINDS that failing to exclude the time between March 29, 2012 and April 26, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 29, 2012 and April 26, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between March 29, 2012 and April 26, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 



D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

3